1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   VANJLIS GARAFOLO,                          1:09-cv-00003 WMW  (PC)

13                 Plaintiff,          **ORDER TRANSFERRING CASE TO THE**
                                       **SACRAMENTO DIVISION OF THE**
14   vs.                               **EASTERN DISTRICT OF CALIFORNIA**

15   WARDEN MARTELL,

16                 Defendants.

17   _____/

18        Plaintiff, a state prisoner proceeding  pro se, has filed a civil rights action pursuant to 42

19   U.S.C. § 1983.

20        In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged

21   violations took place in Amador  County, which is part of the Sacramento Division of the United

22   States District Court for the Eastern District of California.   Therefore, the complaint should have

23   been filed in the Sacramento Division.

24        Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper

25   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will

26   be transferred to the Sacramento Division.

27        Good cause appearing, IT IS HEREBY ORDERED that:

28        1.  This action is transferred to the United States District Court for the Eastern District of

                                          -1-

1   California sitting in Sacramento; and

2        2.  All future filings shall refer to the new Sacramento case number assigned and shall be

3   filed at:

4
                        United States District Court
5                        Eastern District of California
                         501 "I" Street, Suite 4-200
6                        Sacramento, CA 95814

7

8
    IT IS SO ORDERED.
9
    **Dated:    January 8, 2009**              **/s/  William M. Wunderlich**
10                                          UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28